UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL CASE NO.: 24-4181 (DSD/DTS)

Julie Dalton, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

SPENCER GIFTS LLC,

    Defendant.

**ORDER**

Based upon the submitted Stipulation of Dismissal, **IT IS HEREBY ORDERED that** which has been reviewed and approved by the undersigned, all claims between the parties be dismissed with prejudice and without costs or fees to any party.

Dated: December 26, 2024

s/David S. Doty
David S. Doty, Judge
United States District Court